UNITED STATE DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Normal Larry Towson, Jr., | ) | C/A: 8:13-1876-JFA-JDA |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Officer Eastridge, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

In this action brought under the provisions of 42 U.S.C. § 1983, the court has denied summary judgment and set the case for trial during the November/December 2014 term of court. The court hereby appoints Columbia, South Carolina attorney Adam Hegler to represent the plaintiff *pro bono* for purposes of jury selection and trial. The court will not extend the scheduling order so as to allow more discovery.

After Mr. Hegler has had a chance to review the file, he should inform this court as to whether he would be prepared to try the case during the November/December 2014 term of court or would prefer to wait until the January/February 2015 term of court.

IT IS SO ORDERED.

September 3, 2014
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge