UNITED STATE DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Normal Larry Towson, Jr., | ) | C/A: 8:13-1876-JFA |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Officer Eastridge, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The Court has been informed that the Plaintiff in this action has been transported to the State of Maryland for disposition of pending charges in that State. Inasmuch as it is difficult to ascertain when the Plaintiff might be returned to the District of South Carolina, the Court is left with no choice but to continue the case until the March/April 2015 term of court with jury selection set for March 3, 2015.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

December 29, 2014                    Joseph F. Anderson, Jr.
Columbia, South Carolina             United States District Judge